## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 48 EAL 2018

                   :

         Respondent          :

                   :    Petition for Allowance of Appeal from

                   :    the **Unpublished Memorandum and**

         v.                  :    **Order** of the Superior Court at No.

                   :    139 EDA 2015 entered on December

                   :    28, 2017, **remanding** the Order of the

ROBERT DERWIN SCOTT,          :    Philadelphia County Court of Common

                   :    Pleas at No. CP-51-CR-0011581-

         Petitioner          :    2014 entered on December 29, 2014

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** for proceedings consistent with this Court's decision in *Commonwealth v. Perfetto*, ___ A.3d ___, 2019 WL 1866653 (Pa. Apr. 26, 2019).